# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1404. NGUYEN HONG THI v. DOROTHY WALCOTT.

The magistrate court entered judgment against defendant Nguyen Hong Thi in this tort action. Thi filed a notice of appeal in magistrate court, but the magistrate court dismissed the appeal because the filing fee had not been paid, and it denied Thi's subsequent motion for reconsideration. Thi then filed in superior court a "Motion for Superior Court Judge Sanction for Petition for Writ of Certiorari," pursuant to OCGA § 5-4-6 (b),[1] along with a petition for writ of certiorari. The superior court dismissed the petition because Thi failed to obtain the court's sanction to file the petition prior its filing. Thereafter, Thi filed this direct appeal. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257,

---

[1] Although Chapter 4 of Title 5 was repealed, effective July 1, 2023, all the relevant actions and decisions in this case occurred prior to that date.

257 (471 SE2d 60) (1996). Thi's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  08/02/2023*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*